IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

        vs.                                          Civil Action No. 05-82

ADAM M. WOLFGANG

    Defendant(s)

### PRAECIPE TO SETTLE AND DISCONTINUE

TO THE CLERK OF COURT:

Settle and Discontinue the above-captioned prejudice matter upon the records of the Court and mark the costs paid.

                                                  Respectively submitted,
                                                  Bernstein Law Firm, P.C.

                                                  By: _____
                                                  Attorneys for Plaintiff
                                                  Suite 2200 Gulf Tower
                                                  Pittsburgh, PA 15219
                                                  (412) 456-8100
                                                  **BERNSTEIN FILE NO: F0054328**

Sworn to and subscribed
before me this ___19th___
day of ___July___, 2005

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheryl A. Bauer, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 22, 2008
Member, Pennsylvania Association Of Notaries